# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1997

_____

United States of America

*Plaintiff - Appellee*

v.

Dale Wayne Aldridge

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 27, 2017
Filed: December 5, 2017
[Unpublished]

_____

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Dale Aldridge appeals from the order of the District Court[1] denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Following de novo review,

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

we agree with the District Court that Aldridge was ineligible for the requested sentence reduction based on an amendment to the United States Sentencing Guidelines because his original sentence was derived from the applicable statutory minimum. See United States v. Moore, 734 F.3d 836, 837–38 (8th Cir. 2013). We decline to address Aldridge's additional pro se arguments, which are raised for the first time on appeal and are unrelated to his sentence-reduction motion. We affirm the judgment and grant counsel's motion to withdraw.

_____